**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-25299-BLOOM**

CIAO HERNANDEZ BRAVO,

      Petitioner,

v.

DAVID VENTURELLA, Acting Director,
U.S. Immigration and Customs Enforcement,
MARCOS CHARLES, Acting Executive
Associate Director, Enforcement and
Removal Operations, MARKWAYNE
MULLIN, Secretary, U.S. Department of
Homeland Security, GLADES COUNTY
DETENTION CENTER, TODD BLANCHE,
U.S. Attorney General,

      Respondents.

_____/

## <u>ORDER TRANSFERRING CASE TO THE MIDDLE DISTRICT OF FLORIDA</u>

**THIS CAUSE** comes before the Court upon Respondents' Motion to Dismiss or Transfer

Action, ECF No. [3] ("Motion"). Petitioner Ciao Hernandez Bravo ("Petitioner") filed a Petition

for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. [1] ("Petition"). Petitioner challenges

his detention by Immigration and Customs Enforcement at the Glades County Detention Center,

an immigration facility in Moore Haven, Florida. *Id.* at 5.

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective

jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). Thus,

"for core habeas petitions challenging present physical confinement, jurisdiction lies in only one

district: the district of confinement." *Id.* at 443; *see also Garcia v. Warden*, 470 F. App'x 735, 736

(11th Cir. 2012) ("jurisdiction for § 2241 petitions lies only in the district of confinement").

Petitioner is confined at Glades County Detention Center, an immigration facility in Moore

Case No. 26-cv-25299-BLOOM

Haven, Florida. ECF No. [1] at 5. Moore Haven, Florida, is in Glades County, which lies in the Middle District of Florida. *See* 28 U.S.C. § 89(b) (providing that the Middle District of Florida comprises Glades County).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion, **ECF No. [3]**, is **GRANTED**.

2. This matter shall be **TRANSFERRED** to the U.S. District Court for the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a) (providing that the Fort Myers Division comprises Glades County). The Clerk of Court is directed to forward the file to that Court and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, August 6, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

Ciao Hernandez Bravo
A# 236865299
Glades County Detention Center
Inmate Mail/Parcels
1297 East State Road 78
Moore Haven, FL 33471
PRO SE

2